# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ANDREW GARY COKER, Individually and as
Personal Representative on Behalf of the Wrongful Death
Beneficiaries of ADAM BLAKE COKER, Deceased**                             **PLAINTIFFS**

**vs.**                                                                  **CAUSE NO. 3:24-cv-555-DPJ-ASH**

**BRYAN BAILEY, in his official capacity
as the elected sheriff of RANKIN COUNTY, MISSISSIPPI,
VITALCORE HEALTH STRATEGIES, LLC,
WES ROBERTSON, BETTY TUCKER, COLBY BOYD,
LESLIE RISHER, SUNIE PURVIS, JESSICA PIERCE,
BILLIE STIGLER, JANICE PATRICK,
TOMMY HILDESHEIM, FNU ROOSEVELT,
BRANDON PURVIS, KRISTIE DANIELLE BARBER,
BLAINE CARTER WHITE, ZACHARY THOMPSON,
RANKIN COUNTY, MISSISSIPPI, and JOHN and JANE
DOES 1-24**                                                              **DEFENDANTS**

## JOINT MOTION FOR EXTENSION OF DEADLINES
## AND FOR CONTINUANCE

COME NOW Plaintiff Andrew Gary Coker ("Plaintiff") and Defendants VitalCore Health Strategies, LLC, Wes Robertson, Betty Tucker, Colby Boyd, Leslie Risher, Sunie Purvis, Jessica Pierce, Billie Stigler and Janice Patrick (collectively "VitalCore"), by and through their respective counsel, and file this Joint Motion for Extension of Deadlines and for Continuance, as follows:

1. By way of a prior text Order entered by the Court on April 17, 2025, the Court established VitalCore's expert deadline of June 23, 2025, a discovery deadline of August 21, 2025, and a motions deadline of September 4, 2025. [Docs. 30, 46].

2. In addition, the Court set this matter for trial to begin on January 5, 2026, with the pretrial conference to be held on December 12, 2025. [Doc. 38].

3. Over the past several months, Plaintiff and VitalCore have consistently discussed the possibility of a resolution of this case.[1] These discussions, however, are still in their very early

---

[1] Plaintiff recently resolved his claims with the Rankin County defendants, which will require VitalCore to seek out

stages at this time. In the interim, the parties have been actively and diligently engaged in written discovery and document production, and experts have been designated by Plaintiff. However, additional time is necessary for VitalCore to designate experts, for the parties to appropriately conduct and complete discovery in an effort to resolve this matter prior to trial or, in the alternative, adequately prepare this matter for trial. Further, the parties need additional time to take party and witness depositions. Finally, additional time is needed to realistically evaluate and prepare dispositive motions based on the remaining necessary discovery. For these reasons, and in the interest of judicial economy, it is respectfully requested that the current scheduling deadlines be extended for an additional ninety (90) days.

4.   Moreover, a continuance of the current trial setting and pretrial conference is necessary and requested by the parties in order to allow ample time for discovery to be completed, dispositive motions evaluated and filed, and for the parties to properly evaluate and further discuss settlement.

5.   Plaintiff does not oppose the instant Motion, and in fact join in the same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Andrew Gary Coker and Defendants VitalCore Health Strategies, LLC, Wes Robertson, Betty Tucker, Colby Boyd, Leslie Risher, Sunie Purvis, Jessica Pierce, Billie Stigler and Janice Patrick respectfully request that the Court extend the discovery and motions deadlines for an additional ninety (90) days, and continue the current trial setting and pretrial conference until a date and time mutually convenient for the Court and the parties. The parties also request any and all other and further relief as the Court deems appropriate.

---

and retain additional liability and damages experts as well.

RESPECTFULLY SUBMITTED, this the 18th day of June, 2025.

**VITALCORE HEALTH STRATEGIES, LLC, WES ROBERTSON, BETTY TUCKER, COLBY BOYD, LESLIE RISHER, SUNIE PURVIS, JESSICE PIERCE, BILLIE STIGLER AND JANICE PATRICK**

/s/ *R. Jarrad Garner*
R. Jarrad Garner (MSB #99584)
Mary Clark Joyner (MSB #105954)
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
(p) 601-353-3234
(f) 601-355-9708
jarrad.garner@arlaw.com
maryclark.joyner@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated this the 18th day of June, 2025.

/s/ *R. Jarrad Garner*
R. Jarrad Garner

3